UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEITH ROSKELLEY, and JOHN HENNEFER, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COLLECTION BUREAU, INC., an Idaho corporation and MARK L. CLARK, an individual, and MARK L. CLARK, PLLC, an Idaho professional limited liability company,<br><br>　　　　Defendants. | Case No. 1:18-cv-000561-CWD<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　　Having considered the parties' Stipulated Dismissal of Action With Prejudice and for good cause shown, the Court enters the following:

　　　　IT IS HEREBY ORDERED that pursuant to the parties' Stipulated Dismissal of Action With Prejudice (Dkt. 51), the above-captioned action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party. This dismissal has no impact on any claims of any persons other than Plaintiffs Keith Roskelley and John Hennefer.

DATED: December 27, 2019

_____
Honorable Candy W. Dale
United States Magistrate Judge